IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KENDRICK STORY                                                   PLAINTIFF

v.                             Civil No. 1:16-cv-01004

JANET DELANEY                                        DEFENDANT

**ORDER**

Plaintiff filed this § 1983 action on January 21, 2016 alleging he was denied medical care. ECF No. 1. Plaintiff proceeds *pro se* and *in forma pauperis*. Before the Court is Plaintiff's Motion to Order Defendant to Produce Status on Clock-ins And Outs from February 1, 2016 until April 4, 2016 Showing When Defendant Was at Work. ECF No. 24.

Plaintiff is asking the Court to order Defendant to produce her time card logs "that shows when she was or was not at work to prove that the defendant is making false statements to mislead the court" in connection with Defendant's Motion for Leave to file her Answer out of time. On May 3, 2016 the Court entered an Order denying Plaintiff's Motions for Default Judgment and granting Defendant's Motion for Leave. ECF No. 23. Plaintiff's request for Defendant's time cards is irrelevant to Plaintiff's claim of denial of medical care and does not have any bearing on the Court's Order granting Defendant's Motion for Leave to file Answer.

Accordingly, Plaintiff's Motion to Order Defendant to Produce Status on Clock-ins And Outs from February 1, 2016 until April 4, 2016 Showing When Defendant was At Work (ECF No. 24) is **DENIED.**

**IT IS SO ORDERED this 17th day of May 2016.**

                                             /s/ Barry A. Bryant
                                             HON. BARRY A. BRYANT
                                             UNITED STATES MAGISTRATE JUDGE