IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KENDRICK STORY                                            PLAINTIFF

V.                               CASE NO. 1:16-CV-01004

JANET DELANEY, Jail Administrator,
Columbia County, Arkansas                                  DEFENDANT

## **JUDGMENT**

For the reasons stated in the Memorandum Opinion of even date, Defendant's Motion for Summary Judgment (ECF No. 36) is hereby **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of January, 2018.

                                                         /s/ Susan O. Hickey
                                                         Susan O. Hickey
                                                         United States District Judge